IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Frank C. Brown, Jr.,

    Plaintiff,

v.                                          Case No. 2:10-cv-967

Warden Deb Timmerman-Cooper,           JUDGE EDMUND A. SARGUS, JR.
et al.,                                                    Magistrate Judge Kemp
    Defendants.

**ORDER**

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 15, 2011. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation.

The complaint is deemed amended to allege claims for monetary relief against the defendants in their individual capacities. Further, the motion for judgment on the pleadings (#10) is **DENIED**.

**IT IS SO ORDERED.**

5-5-2011
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE