AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**FRANK C. BROWN, JR.,**

        **Plaintiff,**

**vs.**

        **JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-10-967**

**WARDEN DEB TIMMERMAN-**    **JUDGE EDMUND A. SARGUS, JR.**
**COOPER, et al,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed July 16, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 16, 2012         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk