AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**FRANK C. BROWN, JR.,**

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-10-967**

**WARDEN DEB TIMMERMAN-COOPER, et al,**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

       Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed July 16, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 16, 2012                        JAMES BONINI, CLERK

                                                       /S/ Andy F. Quisumbing
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk